SLIP OPINION

Cite as 2014 Ark. 497

# SUPREME COURT OF ARKANSAS
No.

| | |
|---|---|
| IN RE REGULATION 4.04(6) OF THE REGULATIONS OF THE ARKANSAS CONTINUING LEGAL EDUCATION BOARD | **Opinion Delivered** November 20, 2014 |

## PER CURIAM

The Arkansas Continuing Legal Education Board has suggested an amendment to Regulation 4.04(6) of the Regulations of the Arkansas Continuing Legal Education Board. We adopt the requested amendment and republish the Regulation 4.04(6) below. This amendment shall be effective immediately. (The changes are illustrated in the End Note.)

(6) *Video Programs*. Approval may be given for programs where audiovisual recorded or reproduced material is used. Video CLE programs are an acceptable means of obtaining CLE credits, provided:

(a)     The original program upon which the video replay is based has been approved by the Board;

(b)     The application and documentation for the video program must be submitted to the Secretary in advance of the scheduled event and be approved at least thirty (30) days before the scheduled event.

(c)     The program must have the original faculty members present or the original faculty members must make known their addresses or phone numbers in order that they can respond to written or phoned inquiries subsequent to the program;

(d)     There must be a minimum of five (5) persons enrolled and in attendance at the presentation of the video program; and

(e)     There must be an approved moderator present throughout the video program.

SLIP OPINION

**End Notes**

(6) *Video Programs.* <u>Approval may be given for programs where audiovisual recorded or reproduced material is used.</u>  Video CLE programs are an acceptable means of obtaining CLE credits, provided:

(a)     The original program upon which the video replay is based has been approved by the Board;

(b)     <u>The application and documentation for the video program must be submitted to the Secretary in advance of the scheduled event and be approved at least thirty (30) days before the scheduled event;</u>

~~(b)~~<u>(c)</u>  The program must have the original faculty members present or the original faculty members must make known their addresses or phone numbers in order that they can respond to written or phoned inquiries subsequent to the program; ~~and~~

(d)     <u>There must be a minimum of five (5) persons enrolled and in attendance at the presentation of the video program; and</u>

~~(c)~~<u>(e)</u>  There must be ~~a~~ <u>an approved</u> moderator present <u>throughout the video program</u>.